UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL W. OTTO,<br><br>Petitioner,<br><br>v.<br><br>CYNTHIA TAMPKINS,<br><br>Respondent. | No. 2:19-cv-00425 MCE GGH P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding in pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 7, 2019, petitioner filed a motion to stay pursuant to Rhines v. Weber, 544 U.S. 269 (2005). ECF No. 18. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 4, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 20. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1. The findings and recommendations filed November 4, 2019, ECF No. 20, are ADOPTED in full;

2. Petitioner's motion to stay and hold the petition in abeyance, ECF No. 18, is DENIED.

IT IS SO ORDERED.

Dated: February 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE