UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL W. OTTO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CYNTHIA TAMPKINS,<br><br>　　　　　Respondent. | No. 2:19-cv-00425 MCE GGH P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. ECF No. 17. Neither party has filed objections to the findings and recommendations. Moreover, petitioner has failed to file a first amended petition in accordance with the court's order and deadlines. ECF Nos. 17, 20.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed September 4, 2019, ECF No. 17, are

1

ADOPTED in full;

2. Respondent's Motion to Dismiss, ECF No. 10, is GRANTED;

3. The petition for writ of habeas corpus is DISMISSED without prejudice for failure to fully exhaust state court remedies; and

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: February 4, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE